AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| Tinia Carol Holder, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Civil Action No.    0:14-cv-04393-DCN |
| Angela Rawski, *Warden*; Patricia Yeldell, *Associate Warden*; Dr. Benjamin Lewis, *Physician*, | ) |
| *Defendants* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The plaintiff, Tinia Carol Holder, shall take nothing of the defendants; Angela Rawski, Patricia Yeldell, and Dr. Benjamin Lewis, as to the complaint filed and this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, presiding, having affirmed the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which granted plaintiff's motion to dismiss without prejudice.

Date:   October 14, 2015                                          *ROBIN L. BLUME, CLERK OF COURT*

                                                                                        s/G. Mills
                                                                    _____
                                                                    *Signature of Clerk or Deputy Clerk*